UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN PAUL HYDE,

    Plaintiff,

v.

JASON KASS, *et al.*,

    Defendants.

Case No. 19-cv-13403
Hon. Matthew F. Leitman

_____/

### ORDER (1) DIRECTING PLAINTIFF BRIAN PAUL HYDE TO PERSONALLY APPEAR FOR VIDEO MOTION HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 36) AND (2) DIRECTING PLAINTIFF'S COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON PLAINTIFF

Attorney John T. Alexander and his law firm, Alexander & Angelas, P.C., represent Plaintiff Brian Paul Hyde in this action. On November 29, 2022, Alexander filed a motion to withdraw as Hyde's counsel. (*See* Mot., ECF No. 36.)

The Court has scheduled a video hearing on Alexander's motion for January 24, 2023, at 3:00 p.m. (*See* Notice of Hearing, ECF No. 37.) The Notice of Hearing includes instructions on how to access the video hearing. (*See id.*) The Court **ORDERS** Alexander, Defendants' counsel, ***and*** Hyde to each personally attend the video hearing on the motion to withdraw.

By no later than **December 21, 2022**, Alexander shall serve (1) his motion to withdraw (ECF No. 36), (2) the Notice of Hearing on the motion to withdraw, and

1

(3) this order on Hyde by both email (if possible) and First Class Mail at Hyde's last known mailing address.  In addition, by no later than **December 21, 2022**, Alexander shall file a proof of service on the docket confirming that he has served Hyde with the documents identified above.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2022


    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126